**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7075**

———————

CHANTOMMIE MCBRIDE,

Plaintiff - Appellant,

versus

STEVE JONES, Sergeant, Anderson County
Sheriff's Office; BANNISTER, Anderson County
Sheriff's Office; C. J. FULLER, Iver Police
Department; COLENNA LYNN HAMBY; HARVEY SAMUEL
GARLAND; RALF ALLEN GESELL,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Patrick Michael Duffy, District Judge.
(CA-02-816-9-23)

———————

Submitted: October 23, 2002       Decided: November 20, 2002

———————

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Chantommie McBride, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Chantommie McBride appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED